UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NICOLE PRATT of Rockwood, County of Somerset, State of Maine,<br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:25-cv- |

**COMPLAINT**

NOW COMES Plaintiff Nicole Pratt (hereinafter "Pratt") and hereby complains against Defendant United States of America as follows:

1. Pratt was a resident of Rockwood in Somerset County in the State of Maine at all times relevant to this Complaint.

2. The United States is the proper Defendant in this matter pursuant to the Federal Tort Claims Act (hereinafter "FTCA"), 28 U.S.C. § 271. This action arises from the negligence of an employee of U.S. Customs and Border Protection (hereinafter "CBP") in the scope of his employment for that federal agency.

3. This action arises under the FTCA and this Court has jurisdiction pursuant to 28 U.S.C. § 1346 because the United States is the named defendant.

4. Pratt submitted her claim for money damages for personal injury and property loss through counsel to the CBP pursuant to 28 U.S.C. § 2675 and CBP finally denied Pratt's claim on May 21, 2025.

5. The District of Maine is the proper venue for this action, which occurred in Big Moose Township, Maine. Pratt resides in Rockwood, Maine. 28 U.S.C. § 1402(b).

1

6. On or about January 25, 2023, Pratt was travelling east on Ski Resort Road in Big Moose Township. Pratt came to the intersection of Ski Resort Road and Rockwood Road and came to a complete stop. CBP employee Jeffrey Rankin ("Rankin") was travelling South on Rockwood Road in his CBP-issued truck. Rankin lost control of his vehicle and slammed into Pratt's vehicle.

7. At all times Pratt was free from any comparative fault and acting with due care.

8. Rankin negligently operated his vehicle at an imprudent speed for the conditions and/or by failing to follow basic traffic rules and/or by failing to maintain his vehicle within its appropriate lane of travel.

9. As a result of Rankin's negligence, Pratt suffered damages including but not limited to medical bills, lost wages, pain and suffering, permanent impairment, loss of enjoyment of life, and other damages.

10. Rankin failed to use adequate care in operating his motor vehicle and as a result of Rankin's negligence Rankin caused damages to Pratt.

11. Rankin was acting within the scope of his employment as a CBP employee and his negligence is imputed to the United States.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests this Court enter judgment in her favor against Defendant and award her damages, costs and whatever other relief this Court deems just and equitable.

Dated: October 1, 2025

/s/Matthew D. Morgan
MATTHEW D. MORGAN
Bar Number: 5044
McKee Morgan, LLC, P.A.
133 State Street
Augusta, ME  04330
(207) 620-8294
mmorgan@mckeemorgan.com